# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVERETT GRISSOM, | ) NO. CV 11-7757-VAP (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| V. SINGH, WARDEN, | ) RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed and no Objections have been filed with the Court. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 24, 2013 .

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE