**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVERETT GRISSOM, | ) NO. CV 11-7757-VAP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| V. SINGH, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 24, 2013.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE